IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY O. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV292 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEFFENBAUGH INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation for the Award of Fees (Filing No. 35). On April 28, 2010, the court awarded sanctions to the defendant and against the plaintiff for failure to timely provide discovery as required under the federal rules. See Filing No. 34. The court allowed the parties time to reach an accord about the amount of sanctions. *Id.* The parties have reached an agreement that $666.00 is a reasonable amount to compensate the defendant for having to file a motion to compel the relevant discovery. The court finds the stipulation is reasonable in this instance. Accordingly, the court will award the defendant sanctions in the amount of $666.00. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Stipulation for the Award of Fees (Filing No. 35) is adopted.

2. The defendant is awarded reasonable costs and attorney's fees in the **amount of $666.00** for bringing the March 28, 2010, Motion to Compel (Filing No. 28).

3. The Clerk of Court shall, at the time of entry of judgment in this case, make this award a part of the judgment entered, unless before that time the parties certify that the award has been satisfied.

DATED this 13th day of May, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge