IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY O. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:09CV292 |
| | ) |
| DEFFENBAUGH INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Extend Dispositive Motion Deadline (Filing No. 39),

IT IS HEREBY ORDERED that the time in which to file dispositive motions in the above captioned matter is extended from June 1, 2010 **until June 21, 2010.**

DATED this 2nd day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge