IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY O. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:09-cv-00292 |
| | ) |
| DEFFENBAUGH INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear her or its own costs and attorneys fees.

WHEREFORE, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear her or its own costs and attorneys fees.

Dated this 13th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge